PS 8
(8/88)

FILED

UNITED STATES DISTRICT COURT
for the
Western District of Texas

2014 MY 15 AM 10: 02

WESTERN DISTRICT OF TEXAS

U. S. A. vs. Laura Hernandez

A-14-M-218

Docket No. DR14-03307M-02
DR:14-CR-445(02)

DEPUTY

**Petition for Modification on Conditions of Pretrial Release**

COMES NOW __Martha Nuncio-Flores__, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, __Laura Hernandez__ who was placed under pretrial release supervision by the Honorable __Victor R. Garcia__ sitting in the court at __Del Rio, Texas__, on the __1st__ day of __April, 2014__ under the following conditions:

See Appearance Bond an Order Setting Conditions of Release dated April 1, 2014.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

7 (h) The defendant shall refrain from the use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC section 802 unless prescribed by a licensed medical practitioner.

On May 6, 2014, the defendant reported to Pretrial Services in Austin, Texas, and submitted a urine sample which yielded a positive result for Amphetamines.

PRAYING THAT THE COURT WILL ORDER: a warrant be issued for the defendant's arrest and the defendant be brought before this court to show cause why her bond should not be revoked.

Respectfully submitted,

Martha Nuncio-Flores
U.S. Pretrial Services Officer
Place: Del Rio, Texas
Date: May 15, 2014

Considered and ordered this 15th day of May, 2014, a warrant be issued for the defendant's arrest and the defendant be brought before this court to show cause why her bond should not be revoked.

Honorable Victor R. Garcia,
U.S. Magistrate Judge

Assistant U.S. Attorney

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court

By _____

⚠AO 442  (Rev. 10/03) Warrant for Arrest  (Rev. 9/05 WDTX)                    FID# 9491670

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

LAURA HERNANDEZ

## WARRANT FOR ARREST

Case Number: DR-14-CR-465(02)

2014 MAY 15 PM 1:15   RECEIVED US MARSHALS W/T [DEL RIO]

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LAURA HERNANDEZ
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with   (brief description of offense)
VIOLATION OF PRETRIAL RELEASE
(SEE ATTACHED PETITION)

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court

By _____ Deputy

in violation of Title(s) _____ United States Code, Section(s) SEE ATTACHED PETITION

KC
Name of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

DATE ISSUED:   5/15/2014

Bail fixed at $   DETAIN   by   US Magistrate Judge Victor R. Garcia
                                 Name of Judicial Officer

Signature of Issuing Officer

5/15/2014                              Del Rio, TX
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |